IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re )
)
GLENN R. REED and JEANETTE J. REED,) 2:08-cv-02367-GEB
)
         Debtors. ) <u>ORDER</u>
_____)
)
LARRY GRAY, TRUSTEE, )
)
         Appellant, )
)
    v. )
)
GLENN R. REED and JEANETTE J. REED,)
)
         Appellees. )
_____)

      Appellant Trustee appeals from the bankruptcy court's holding that a child support agreement between the Debtors and the child's birth father exempted from the Debtors' estate (as allowed under California law) a lump sum amount paid by the child's birth father pursuant to the agreement. The appeal was heard on March 9, 2009. A tentative ruling issued on March 5, 2009, in favor of the Appellant. However, after further consideration of the record and

//

//

1

California law, for the reasons stated in the bankruptcy court's order, the order is AFFIRMED.

Dated:  March 10, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge